# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Patrick Fox,

            Plaintiff(s),

Case Number: 12-cv-373-TCK-TLW

vs.

NCO Financial Systems, Inc.,

            Defendant(s).

**ORDER FOR JOINT STATUS REPORT**

Pursuant to LCvR16.1, the parties are directed to prepare and submit to the Court a Joint Status Report on or before:

8-31-2012

Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oknd.uscourts.gov. For the purpose of preparing the Joint Status Report, the parties shall, pursuant to Fed. R. Civ. 16 and 26, confer at least 14 days prior to the date the Joint Status Report is to be submitted to the Court.

Note that pursuant to Fed. R. Civ. P. 26(a)(1), initial disclosures must be made within 14 days after you confer for the purpose of preparing the discovery plan portions of the Joint Status Report, and that pursuant to LCvR26.1, parties shall make initial disclosures unless they stipulate otherwise in the Joint Status Report. By this order, all parties are under an affirmative duty to (I) comply with the mandatory disclosure requirements, and (ii) notify the Court of any non-disclosure so that the issue can be promptly referred to a Magistrate Judge for resolution.

Be advised that scheduling conferences are not routinely set by the Court. A scheduling conference may, however, be set at a party's request or on the Court's own initiative. The parties shall indicate in their Joint Status Report whether they believe that a scheduling conference is necessary. If a scheduling conference is set, the Court will enter a Scheduling Order at the conclusion of the scheduling conference. If a scheduling conference is not set, the Court will enter a Scheduling Order based on the information provided by the parties in the Joint Status Report.

IT IS SO ORDERED this 30th Day of July, 2012,

_____
Terence Kern, U.S. District Judge