IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

_____

**PATRICK FOX,**

    **Plaintiff,**                     Civil Action No.: 4:12-CV-00373

v.

**NCO FINANCIAL SYSTEMS, INC.**

    **Defendant.**

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Patrick Fox and Defendant NCO Financial Systems, Inc. ("NCO") hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against NCO with each side to bear its own fees and costs.

Dated: September 11, 2012.

| | |
|---|---|
| /s/ Victor R. Wandres | /s/ Kerry R. Lewis |
| <u>Signed by filing attorney with permission of Mr. Wandres</u> | |
| Victor R. Wandres, OBA #19591 | Jo Anne Deaton, Esq., OBA #5938 |
| PARAMOUNT LAW | Kerry R. Lewis, OBA #16519 |
| 115 West Third Street | 100 W. 5th Street, Suite 400 |
| Fourth Floor | Tulsa, OK 74103-4287 |
| Tulsa, OK 74103 | Telephone: (918) 582-1173 |
| (918) 200-9272 (direct) | Facsimile:  (918) 592-3390 |
| (918) 895-9774 (fax) | Email: jdeaton@rhodesokla.com |
| victor@paramount-law.net | klewis@rhodesokla.com |
| Counsel for Plaintiff | Counsel for Defendant |